IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER LEIGH LaFOREST,

    Plaintiff,

v.                                                                        No. 17-cv-0828 SMV

NANCY A. BERRYHILL,
**Acting Commissioner of Social Security Administration,**

    Defendant.

## JUDGMENT

Having granted Defendant's Motion to Reverse and Remand for Further Administrative Proceedings (pursuant to sentence four) [Doc. 17] by an Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**