# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**JENNIFER LAFOREST,**

    **Plaintiff,**

    vs.                                        CIV. NO. 17-828-SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

## ORDER

The Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, filed May 24, 2018 (Doc. 21), is **GRANTED**. In consideration thereof, if is **ORDERED** that Defendant pay to Plaintiff reasonable attorney fees in the amount of $6,120.40. Payment shall be to the Plaintiff, but mailed to Plaintiff's counsel. In addition, if Plaintiff's counsel ultimately receives an award of attorney fees pursuant to 42 U.S.C. § 406(b), he must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

Dated: May 29, 2018.

                                                               _____
                                                               **STEPHAN M. VIDMAR**
                                                                **United States Magistrate Judge**
                                                                **Presiding by Consent**

Respectfully submitted,

*s/ Thomas H. Kraus 5/24/18*
Thomas H. Kraus
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
(303) 844-0017
tom.kraus@ssa.gov

*Email Approval on 5/24/18*
Benjamin Eilers Decker
Attorney for Jennifer Leigh LaForest
Decker Law Office, LLC
P.O. Box 92740
Albuquerque, NM 87199
(505) 369-6272
(505) 395-9296
ben@deckerlawoffice.com